### 26413. Selvy v. Smith.

Broyles, C. J. This was a suit for damages to the plaintiff's automobile alleged to have been inflicted in a collision with the defendant's car. The case was tried by the judge without the intervention of a jury.

532

After the introduction of evidence by both parties, the court rendered a judgment in favor of the plaintiff for $175; and, thereafter, overruled the defendant's motion for a new trial, and to that judgment the defendant excepted. Under the evidence submitted, the judgment was authorized; and none of the special assignments of error shows cause for another hearing of the case.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

Decided October 15, 1937.

*J. D. Tindall, J. F. Kemp,* for plaintiff in error.
*W. O. May, H. C. Holbrook,* contra.